1004

No. 98–751. HECLA MINING CO. v. WASHINGTON WILDERNESS COALITION ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–764. MORTON COMMUNITY UNIT SCHOOL DISTRICT No. 709 v. J. M., A MINOR, ET AL. C. A. 7th Cir. Certiorari denied

No. 98–835. RENO, ATTORNEY GENERAL, ET AL. v. PEREIRA GONCALVES. C. A. 1st Cir. Certiorari denied

No. 98–932. LaROSA ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–959. PRECISION CUTTING SERVICES, INC. v. KING OCEAN CENTRAL AMERICA S. A. Sup. Ct. Fla. Certiorari denied.

No. 98–970. RIDDER ET AL. v. OFFICE OF THRIFT SUPERVISION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–996. RENO, ATTORNEY GENERAL, ET AL. v. NAVAS ET AL.; and
No. 98–1160. NAVAS ET AL. v. RENO, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 157 F. 3d 106.

No. 98–1007. WALLIN v. MINNESOTA DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–1025. EDWARDS ET AL. v. CITY OF SANTA BARBARA; and
No. 98–1074. CITY OF SANTA BARBARA v. EDWARDS ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 150 F. 3d 1213.

No. 98–1055. EDWARDS v. CLARKE. Sup. Ct. R. I. Certiorari denied.

No. 98–1063. SHADE v. GREAT LAKES DREDGE & DOCK CO.; and
No. 98–1228. GREAT LAKES DREDGE & DOCK CO. v. SHADE. C. A. 3d Cir. Certiorari denied. Reported below: 154 F. 3d 143.